In the Matter of the Petition of SARAH T. SANDS et al. for removal of Trustee.

(Argued November 25, 1884; decided December 9, 1884.)

*Alfred Taylor* for appellant.

*Theodore F. Miller* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

----

JAMES O'SHEA, Respondent, *v.* HENRY KOHN, Appellant.

(Argued November 25, 1884; decided December 9, 1884.)

*Ira Leo Bamberger* for appellant.

*Louis Cohen* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

----

JOHANNA VOOS, Respondent, *v.* THE SECOND AVENUE RAILROAD COMPANY, Appellant.

(Argued November 26, 1884; decided December 16, 1884.)

*Austin G. Fox* for appellant.

*Samuel Hand* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO and ANDREWS, JJ., dissenting.
Judgment affirmed.